KERSTIN ARUSHA (STATE BAR NO. 182624)
ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
FAIR HOUSING LAW PROJECT
111 W. St. John, Suite 315
San Jose, CA 95113
Tel. No. (408) 280-2410
Fax No. (408) 293-0106

*E-FILED 11/1/07*

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (San Jose)

| | |
|---|---|
| SUZETTE SANCHEZ, et al., | Case No. C07-00999 RS |
| Plaintiffs, | NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL SUBJECT TO SETTLEMENT AGREEMENT; [PROPOSED] ORDER |
| v. | |
| THOMAS TOY, et al., | |
| Defendants. | |

The parties have reached a settlement in this matter. Therefore, the parties hereby apply for and stipulate to issuance of an order dismissing this action in its entirety, subject to the terms of the settlement agreement executed by the parties. So stipulated.

1  Date: October 30, 2007                FAIR HOUSING LAW PROJECT

                                         _____
                                         Annette D. Kirkham
                                         Attorneys for Plaintiffs

5  Date: Oct. 29, 2007                   PRICE LAW FIRM

                                         _____
                                         Harry L. Price
                                         Attorneys for Defendants

Notice of Settlement and Stipulation for Dismissal and Proposed Order
Sanchez, et al. v. Toy, et al., 07-00999 RS                2

# [PROPOSED] ORDER

Based upon the foregoing application and stipulation and good cause appearing, it is hereby ordered that this action is dismissed in its entirety subject to the terms of the settlement agreement executed by the parties.

Dated: 11/1, 2007

_____
HONORABLE RICHARD SEEBORG
MAGISTRATE JUDGE FOR THE UNITED STATES DISTRICT COURT